**Donald V. REID, petitioner, v. UNITED STATES, et al.   No. 85–5897.**

Supreme Court of the United States.

Jan. 27, 1986.   Denied.